2010R00848/LJW/ADK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Criminal No. 10-612 |
| MOHAMED OSMAN | : | 18 U.S.C. § 1001(a)(2) and § 2 |

INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

On or about June 5, 2010, in Hudson County, at Bayonne, in the District of New Jersey and elsewhere, defendant

MOHAMED OSMAN

in a matter within the jurisdiction of the executive branch of the Government of the United States did knowingly and willfully make and cause to be made materially false, fictitious, and fraudulent statements and representations in a matter involving international terrorism.

In violation of Title 18, United States Code, Section 1001(a)(2) and Section 2.

*Paul J. Fishman*
PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 2010R00848

**United States District Court**
**District of New Jersey**

UNITED STATES OF AMERICA

v.

Mohamed Osman

**INFORMATION FOR**

18 U.S.C. § 1001(a)(2) and § 2

**PAUL J. FISHMAN**
UNITED STATES ATTORNEY, NEWARK, NEW JERSEY

L. JUDSON WELLE
ANDREW KOGAN
ASSISTANT U.S. ATTORNEYS
NEWARK, NEW JERSEY
973-645-2735